UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC P. ROBICHEAUX** | **CIVIL ACTION NO.  6:20-CV-0404** |
| **VERSUS** | **JUDGE JUNEAU** |
| **SOUTHERN FARM BUREAU LIFE INSURANCE CO** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. [Rec. Doc. 23].  After an independent review of the record, including Plaintiff's Objections to the Magistrate Judge's Report and Recommendations, [Rec. Doc. 24], Defendant's Response, [Rec. Doc. 25], and Plaintiff's Reply, [Rec. Doc. 28], this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Southern Farm Bureau's Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6) is **DENIED** as moot, and the Motion for Partial Summary Judgment pursuant to F.R.C.P. 56 is **GRANTED**. Accordingly, Eric P. Robicheaux's claims for penalties and attorneys' fees under La. R.S. 22:658, 22:1892, and 22:1821 are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 26th day of August, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE